UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FREDERICK WHITE,

   Plaintiff,

                                          CASE NO.: 4:17-cv-143-NBB-JMV

-vs-

ALLY FINANCIAL, INC.,

   Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

   COMES NOW the Plaintiff, FREDERICK WHITE, by and through his undersigned attorney, in the above-titled action and represents to the Court that this matter has been resolved between the parties, and requests an entry of a Final Order of Dismissal with Prejudice in this matter as to Ally Financial, Inc., with each party to bear its own costs and attorneys' fees except as otherwise agreed to by the parties.

                                            */s/ Shaughn C. Hill, Esq.*
                                            SHAUGHN C. HILL, ESQ.
                                            Morgan & Morgan, Tampa, P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Tele: (813) 223-5505
                                            Fax: (813) 223-5402
                                            shill@forthepeople.com
                                            Florida Bar #: 105998
                                            *Attorney for Plaintiff*
                                            *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 24th day of August, 2018 to: Eric J. Troutman, 3200 Park Center Drive, Suite 700, Costa Mesa, CA, 92626.

                                        */s/Shaughn C. Hill, Esq.*
                                        Shaughn C. Hill, Esq.
                                        Florida Bar No.:105998
                                        *Attorney for Plaintiff*
                                        *Admitted Pro Hac Vice*